E-FILED
Monday, 09 May, 2005  10:32:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-10054 |
| JUAN TORRES-GARCIA, | ) |
| Defendant. | ) |

**MOTION TO AMEND JUDGMENT ORDER**

Now comes the Defendant JUAN TORRES-GARCIA by his attorney ROBERT A. ALVARADO, and respectfully requests this court to amend the judgment order in this case. In support defendant states the following:

1.  At defense counsel's urging, this court recommended that defendant serve his sentence of imprisonment in a facility in the southwest part of the United States in order to be close to his wife and five children, who were planning to move to California. The J&C order was signed by this court on May 5, 2005.

2.  Defendant's wife telephoned counsel on May 6, 2005 and advised that she would not be moving to California after all, due to financial and other considerations, and would remain in the Bloomington area. She asked if it would be possible for the court to recommend a closer facility for defendant.

3.  Counsel immediately e-mailed Mark Cuneen, the Community Corrections Manager for the Bureau of Prisons in Chicago, to see whether the changed circumstance could be taken into account.

1

4. Mr. Cuneen responded today that the designator would consider this court's recommendation only, and that the only remedy would be a change in the court's recommendation.

WHEREFORE, defendant respectfully requests this court to consider amending the judgment order to recommend that defendant be placed in a Bureau of Prisons facility as close as possible to his family in the Bloomington, Illinois area.

    JUAN TORRES-GARCIA, Defendant

    RICHARD H. PARSONS
    Federal Public Defender


BY:    s/ Robert A. Alvarado

    ROBERT A. ALVARADO
    Attorney for Defendant
    Assistant Federal Public Defender
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898
    E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John Campbell, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

    s/ Robert A. Alvarado

_____

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org