E-FILED
Tuesday, 06 September 2005 02:09:38 PM
Clerk, U.S. District Court, ILCD

AUG **3 1** 2005

**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

## RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Juan Torres-Garcia

Case Number: 04-10054

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __9__), Sentencing Recommendation (document number __10__) and Statement of Reason(s) Page (document number __11__) were returned to the U.S. Probation Office on __8/29/5__.

Received by:

s/ D Heuerman
U.S. Probation Office
Date: 8/31/05